IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALBERT T. OWENS,
DOC # 193166,

    Plaintiff,

v.                                  Case No. 4:17cv53-MW/CAS

OFFICER CHAUDRY, et al.,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed in forma pauperis, ECF No. 6, is **DENIED** pursuant to 28 U.S.C. § 1915(g). This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on May 16, 2017.**

                                        s/Mark E. Walker          
                                        **United States District Judge**